**SA19CR0175**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 16CR00708-001-W |
| | | DOCKET NUMBER *(Rec. Court)* |

**FILED**
MAR 08 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Jose Hernandez<br>123 Querida Ave.<br>San Antonio, Texas 78226 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Thomas J. Whelan<br>Senior U.S. District Judge | |
| | DATES OF | FROM: 11/7/18   TO: 11/6/21 |
| | supervised release | |

| OFFENSE |
|---|
| 21 U.S.C. §§ 952 and 960 Importation of Methamphetamine, a Class C felony. |

**FILED**
Mar 07 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ jessicao   DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.\*

_2/12/19_    _____
Date                      Thomas J. Whelan
                          Senior U.S. District Judge

\*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

_2/26/19_    _____
Effective Date            United States District Judge

AO 245B (CASDRev. 08/13) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JOSE HERNANDEZ (1) | Case Number: 16CR0708-W |

**FILED FEB 13 2017** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

Kurt Hermansen
Defendant's Attorney

**REGISTRATION NO.** 55598298

☐ -

THE DEFENDANT:

☒ pleaded guilty to count(s)   One of the Information

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 952, 960 | IMPORTATION OF METHAMPHETAMINE | 1 |

The defendant is sentenced as provided in pages 2 through    4    of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is   dismissed on the motion of the United States.

☒ Assessment : $100.00

☒ No fine    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 13, 2017
Date of Imposition of Sentence

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

16CR0708-W

| DEFENDANT: | JOSE HERNANDEZ (1) | Judgment - Page 2 of 4 |
|---|---|---|
| CASE NUMBER: | 16CR0708-W | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: FORTY-SIX (46) MONTHS

- ☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
- ☒ The court makes the following recommendations to the Bureau of Prisons:
  That the defendant participate in the residential drug and alcohol treatment program. (RDAP)
  That the defendant serve his custodial term at FCI 3 Rivers in South Central Region

- ☐ The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ A.M. on _____
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ on or before March 31, 2017, noon.
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

16CR0708-W

AO 245B (CASD Rev. 08/13) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | JOSE HERNANDEZ (1) | Judgment - Page 3 of 4 |
| CASE NUMBER: | 16CR0708-W | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE (3) YEARS

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 8 drug tests per month during the term of supervision, unless otherwise ordered by court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- ☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC section 3583(a)(7) and 3583(d).
- ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check if applicable.)*
- ☐ The defendant shall participate in an approved program for domestic violence. *(Check if applicable.)*

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (CASD Rev. 08/13) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | JOSE HERNANDEZ (1) | Judgment - Page 4 of 4 |
| CASE NUMBER: | 16CR0708-W | |

## SPECIAL CONDITIONS OF SUPERVISION

1. Not enter or reside in the Republic of Mexico without permission of the court or probation officer.

2. Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined.

3. Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

4. Submit person, property, place of residence, vehicle, or personal effects to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

5. Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

//

**FILED**
APR - 7 2016
CLERK, U.S.
SOUTHERN DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **16CR0708-W** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| JOSE HERNANDEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about March 10, 2016, within the Southern District of California, defendant JOSE HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/7/16 .

LAURA E. DUFFY
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney

SLE:dca:3/21/2016

CLOSED,PROBATION TRANSFER

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:16-cr-00708-W-1

| | |
|---|---|
| Case title: USA v. Hernandez | Date Filed: 04/07/2016 |
| Magistrate judge case number: 3:16-mj-00729-DHB | Date Terminated: 02/13/2017 |

Assigned to: Judge Thomas J. Whelan

**Defendant (1)**

**Jose Hernandez**     represented by   **Federal Defenders**
*TERMINATED: 02/13/2017*
                                                                                 Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 03/14/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Hootan Baigmohammadi**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Fax: 619-234-8467
Email: hootan_baigmohammadi@fd.org
*TERMINATED: 12/13/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kurt David Hermansen**
Law Offices of Kurt D Hermansen
550 West C Street
Suite 580
San Diego, CA 92101

(619) 436-8117  
Fax: (619) 315-0436  
Email: KDH@KurtDavidHermansen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**

21:952, 960 - Importation of Methamphetamine (Felony)
(1)

**Disposition**

Custody of BOP 46 months. Supervised release for 3 years. $100 Assessment. Fine waived

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:952, 960 - Importation of Controlled Substances (Felony)

**Disposition**

---

**Plaintiff**

**USA**                                 represented by  **Karla Davis**
U S Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101
619-546-6741
Fax: 619-546-0510
Email: karla.davis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Lindsey Anne Forrester Archer**
U S Attorneys Office Southern District of California

880 Front St.
San Diego, CA 92101
619-546-8419
Email: lindsey.archer@usdoj.gov
*TERMINATED: 11/11/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Steven Lee**
United States Attorney's Office
Southern District of California
880 Front Street
San Diego, CA 92101
(619) 546-8893
Fax: (619) 546-0510
Email: steven.lee@usdoj.gov
*TERMINATED: 06/29/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2016 |   | Arrest of Jose Hernandez (no document attached) (lao) [3:16-mj-00729-DHB] (Entered: 03/11/2016) |
| 03/11/2016 | 1 | COMPLAINT as to Jose Hernandez.(Attachments: # 1 Info sheet)(lao)(jrd) [3:16-mj-00729-DHB] (Entered: 03/11/2016) |
| 03/11/2016 | 2 | Set/Reset Duty Hearings as to Jose Hernandez: Initial Appearance set for 3/11/2016 before Magistrate Judge David H. Bartick. (no document attached) (lao) [3:16-mj-00729-DHB] (Entered: 03/11/2016) |
| 03/11/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Initial Appearance as to Jose Hernandez held on 3/11/2016. Appointed Attorney Federal Defenders for Jose Hernandez. Govt oral motion to detain (flight). Detention Hearing - RF set for 3/17/2016 02:00 PM before Magistrate Judge David H. Bartick. Preliminary Hearing set for 03/24/2016 at 01:30 PM before Magistrate Judge David H. Bartick.Arraignment set for 04/07/2016 at 02:00 PM before Magistrate Judge David H. Bartick.(CD# 3/11/2016 3:01-3:08). (Plaintiff Attorney Benjamin Bish, AUSA). (Defendant Attorney Becky Fish, FD). (no document attached) (tkl) [3:16-mj-00729-DHB] (Entered: 03/11/2016) |
| 03/11/2016 | 4 | ***English. No Interpreter needed as to Jose Hernandez (no document attached) (tkl) [3:16-mj-00729-DHB] (Entered: 03/11/2016) |
|   |   |   |

| 03/11/2016 | 5 | Oral MOTION to Detain by USA as to Jose Hernandez. (no document attached) (tkl) [3:16-mj-00729-DHB] (Entered: 03/11/2016) |
|---|---|---|
| 03/11/2016 | 6 | CJA 23 Financial Affidavit by Jose Hernandez (lao) [3:16-mj-00729-DHB] (Entered: 03/14/2016) |
| 03/14/2016 | 7 | NOTICE OF ATTORNEY APPEARANCE: Hootan Baigmohammadi appearing for Jose Hernandez (Baigmohammadi, Hootan)Attorney Hootan Baigmohammadi added to party Jose Hernandez(pty:dft) (acc). [3:16-mj-00729-DHB] (Entered: 03/14/2016) |
| 03/14/2016 | 8 | Notice of Assertion of Rights by Jose Hernandez (Baigmohammadi, Hootan) (acc). [3:16-mj-00729-DHB] (Entered: 03/14/2016) |
| 03/15/2016 | 9 | NOTICE OF ATTORNEY APPEARANCE Steven Lee appearing for USA. (Lee, Steven)Attorney Steven Lee added to party USA(pty:pla) (srm). [3:16-mj-00729-DHB] (Entered: 03/15/2016) |
| 03/17/2016 | 10 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Detention Hearing as to Jose Hernandez held on 3/17/2016denying 5 Government Motion to Detain as to Jose Hernandez (1). The Court orders bond set as to Jose Hernandez (1) $30,000 PS secured by Trust Deed with Nebbia Hearing/Surety Exam prior to release. Defendant waives time and requests to continue the preliminary hearing set for 3/24/16 to 4/7/16. Granted. (CD# 3/17/2016 DHB 16-1:2:45-2:57). (Plaintiff Attorney Adriana Ahumada AUSA). (Defendant Attorney Hootan Baigmohammadi FD). (no document attached) (aje) [3:16-mj-00729-DHB] (Entered: 03/18/2016) |
| 03/17/2016 | 11 | ORDER Setting Conditions of Release. Bond set for Jose Hernandez (1) $30,000 PS secured by Trust Deed with Nebbia Hearing/Surety Exam prior to release. Signed by Magistrate Judge David H. Bartick on 3/17/16. (aje) [3:16-mj-00729-DHB] (Entered: 03/21/2016) |
| 04/05/2016 | 12 | NOTICE OF HEARING as to Defendant Jose Hernandez. Bond Hearing re Modification set for 4/7/2016 02:00 PM before Magistrate Judge David H. Bartick. (no document attached) (aje) [3:16-mj-00729-DHB] (Entered: 04/05/2016) |
| 04/07/2016 | 13 | INFORMATION as to Jose Hernandez (1) count(s) 1. (aje)(jrd) (Entered: 04/08/2016) |
| 04/07/2016 | 14 | WAIVER OF INDICTMENT by Jose Hernandez (aje) (Entered: 04/08/2016) |
| 04/07/2016 | 15 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Arraignment on Information as to Jose Hernandez (1) Count 1 held on 4/7/2016. Not Guilty plea entered.Bond Hearing as to Jose Hernandez held on 4/7/2016. The Court modifies the bond to $30,000 PS secured by 2 FRAs and a 10% cash deposit. ( Motion Setting set for 4/18/2016 09:00 AM before Judge Thomas J. Whelan.) (CD# 4/7/2016 DHB 16-1:2:40-2:56). (Plaintiff Attorney Alex Hernandez AUSA). (Defendant Attorney Hootan Baigmohammadi FD). (no document attached) (aje) (Entered: 04/08/2016) |

| | | |
|---|---|---|
| 04/07/2016 | 16 | MODIFIED ORDER Setting Conditions of Release. Bond set for Jose Hernandez (1) $30,0000 PS secured by 2 FRAs and 10% cash deposit. Signed by Magistrate Judge David H. Bartick on 4/7/16. (aje) (Entered: 04/11/2016) |
| 04/18/2016 | 17 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Motion Setting as to Jose Hernandez held on 4/18/2016, ( Status Hearing set for 5/2/2016 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan.) (Court Reporter/ECR James Pence). (Plaintiff Attorney AUSA Nicholas Pilchak). (Defendant Attorney Hootan Baigmohammadi FD). (no document attached) (ksr) (Entered: 04/18/2016) |
| 04/28/2016 | 18 | MOTION to Compel Discovery , MOTION for Leave to File Further Motions by Jose Hernandez. (Attachments: # 1 Memo of Points and Authorities) (Baigmohammadi, Hootan) (dlg). (Entered: 04/28/2016) |
| 05/02/2016 | 19 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Status Hearing as to Jose Hernandez held on 5/2/2016. Defense oral motion to continue-Granted. (Status Hearing set for 5/31/2016 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan.) (Court Reporter Juliet Eichenlaub). (AUSA Jennifer Gmitro S/A for Steven Lee). (Defense Attorney FD Ryan Fraser S/A for Hootan Baigmohammadi). (no document attached) (bjb) (Entered: 05/03/2016) |
| 05/24/2016 | 20 | NOTICE OF CHANGE OF HEARING as to Defendant Jose Hernandez. Change of Plea Hearing set for 5/31/2016 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan. (Change in type of hearing only)(no document attached) (bjb) (Entered: 05/24/2016) |
| 05/31/2016 | 21 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Change of Plea Continued as to Jose Hernandez. Defense oral motion to continue hearing granted. Change of Plea Hearing continued to 6/13/2016 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan. (Court Reporter Frank Rangus). (AUSA John Parmley S/A for Steven Lee N/A). (Defense Attorney FD Hootan Baigmohammadi). (no document attached) (bjb) (Entered: 06/01/2016) |
| 06/13/2016 | 22 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Change of Plea Continued as to Jose Hernandez. Defense oral motion to continue hearing granted. Change of Plea Hearing continued to 6/27/2016 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan. (Court Reporter Frank Rangus). (AUSA Alexandra Foster S/A for Steven Lee). (Defense Attorney FD Amy Kimpel S/A for Hootan Baigmohammadi). (no document attached) (bjb) (Entered: 06/13/2016) |
| 06/27/2016 | 23 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Change of Plea Hearing as to Jose Hernandez held on 6/27/2016. Plea entered by Jose Hernandez (1) Guilty Count 1. PSR Ordered. (Sentence With PSR set for 10/3/2016 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan.) Pending motions are deemed moot. (Court Reporter James Pence). (AUSA Janet Cabral S/A for Steven Lee). (Defense Attorney Hootan Baigmohammadi). (no document attached) (bjb) (Entered: 06/28/2016) |

| 06/27/2016 | 24 | PLEA AGREEMENT as to Jose Hernandez (bjb) (Entered: 06/28/2016) |
| --- | --- | --- |
| 06/29/2016 | 25 | NOTICE OF ATTORNEY APPEARANCE Lindsey Anne Forrester Archer appearing for USA. (Forrester Archer, Lindsey)Attorney Lindsey Anne Forrester Archer added to party USA(pty:pla) (jao). (Entered: 06/29/2016) |
| 08/29/2016 | 26 | PRE-SENTENCE REPORT as to Jose Hernandez. Report prepared by: Jorge Hernandez Bravo. (Document applicable to USA, Jose Hernandez.) (Luna, G.) (Entered: 08/29/2016) |
| 09/21/2016 | 27 | Joint MOTION to Continue *Sentencing Hearing* by Jose Hernandez. (Baigmohammadi, Hootan) (jao). (Entered: 09/21/2016) |
| 09/23/2016 | 28 | ORDER Granting 27 Joint Motion to Continue as to Jose Hernandez (1). Sentence With PSR reset for 11/28/2016 09:00 AM before Judge Thomas J. Whelan. Signed by Judge Thomas J. Whelan on 8/23/2016.(jao) (Entered: 09/23/2016) |
| 11/11/2016 | 29 | NOTICE OF ATTORNEY APPEARANCE Karla Davis appearing for USA. (Davis, Karla)Attorney Karla Davis added to party USA(pty:pla) (jao). (Entered: 11/11/2016) |
| 11/22/2016 | 30 | Joint MOTION to Continue *Sentencing Hearing* by Jose Hernandez. (Baigmohammadi, Hootan) (jao). (Entered: 11/22/2016) |
| 11/22/2016 | 31 | ORDER Granting 30 Joint Motion to Continue as to Jose Hernandez (1). Sentence With PSR reset for 12/19/2016 09:00 AM before Judge Thomas J. Whelan. Signed by Judge Thomas J. Whelan on 11/22/2016.(jao) (Entered: 11/22/2016) |
| 12/12/2016 | 32 | NOTICE OF HEARING as to Defendant Jose Hernandez. At the request of defense counsel, Attorney Appointment Hearing set for 12/13/2016 09:30 AM before Magistrate Judge Karen S. Crawford. (no document attached) (aje) (Entered: 12/12/2016) |
| 12/12/2016 | 33 | SENTENCING SUMMARY CHART by USA as to Jose Hernandez (Davis, Karla) (jao). (Entered: 12/12/2016) |
| 12/13/2016 | 34 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Attorney Appointment Hearing as to Jose Hernandez held on 12/13/2016 Attorney Kurt David Hermansen (n/a) appointded for Jose Hernandez appointed. Attorney Hootan Baigmohammadi relieved. (CD# 12/13/2016 KSC 942-946). (Plaintiff Attorney Oleksandra Johnson, AUSA). (Defendant Attorney Michelle Betancourt, FD). (no document attached) (ecs) (Entered: 12/13/2016) |
| 12/19/2016 | 35 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Sentence With PSR Hearing as to Jose Hernandez held on 12/19/2016. (Sentence With PSR set for 2/13/2017 09:00 AM in Courtroom 3C before Judge Thomas J. Whelan.) (Court Reporter Frank Rangus). (AUSA Anne Perry S/A for Karla Davis). (Defense Attorney Kurt Hermansen). (no document attached) (bjb) (Entered: 12/20/2016) |

| 01/20/2017 | 36 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Jose Hernandez *(with Certificate of Service)* (Hermansen, Kurt) (jao). (Entered: 01/20/2017) |
| --- | --- | --- |
| 01/24/2017 | 37 | SENTENCING MEMORANDUM *(with Certificate of Service)* by Jose Hernandez (Hermansen, Kurt) (jao). (Entered: 01/24/2017) |
| 02/02/2017 | 38 | SENTENCING SUMMARY CHART *(with Certificate of Service)* by Jose Hernandez (Hermansen, Kurt) (jao). (Entered: 02/02/2017) |
| 02/02/2017 | 39 | Sentencing Document: Sentencing Letters (with Certificate of Service) by Jose Hernandez (Attachments: # 1 Exhibit A1 through A8)(Hermansen, Kurt) (jao). (Entered: 02/02/2017) |
| 02/06/2017 | 40 | ADDENDUM TO PRE-SENTENCE REPORT as to Jose Hernandez. Report prepared by: Jorge Hernandez Bravo. (Document applicable to USA, Jose Hernandez.) (Lara, R.) (fth). (Entered: 02/06/2017) |
| 02/07/2017 | 41 | SENTENCING SUMMARY CHART *Amended* by USA as to Jose Hernandez (Davis, Karla) (fth). (Entered: 02/07/2017) |
| 02/13/2017 | 42 | Minute Entry for proceedings held before Judge Thomas J. Whelan: Sentence With PSR Hearing held on 2/13/2017 for Jose Hernandez (1), Count(s) 1: Custody of BOP 46 months. Supervised release for 3 years. $100 Assessment. Fine waived. (Court Reporter Lee Ann Pence). (AUSA Karla Davis). (Defense Attorney Kurt Hermansen). (no document attached) (bjb) (Entered: 02/13/2017) |
| 02/13/2017 | 43 | JUDGMENT as to Jose Hernandez (1), Count(s) 1: Custody of BOP 46 months. Supervised release for 3 years. $100 Assessment. Fine waived. Signed by Judge Thomas J. Whelan. (bjb)(jrd) (Entered: 02/13/2017) |
| 03/07/2019 | 44 | Probation Jurisdiction Transferred to Westrn District of Texas as to Jose Hernandez. Signed by Judge Thomas J. Whelan on 2/12/2019.(jao) (Entered: 03/07/2019) |
| 03/07/2019 | 45 | NOTICE to Receiving District **(Western District of Texas)** of Criminal Case Transfer, as to Jose Hernandez. The following documents are available on the public docket: 14 Waiver of Indictment, 43 Judgment, 16 Order Setting Conditions of Release (Pretrial Release Order), 1 Complaint, 13 Information - Felony, 44 Transfer Out/Probationer, 11 Order Setting Conditions of Release (Pretrial Release Order),. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (no document attached) (jao) (Entered: 03/07/2019) |

|  | PACER Service Center |  |
| --- | --- | --- |
|  | Transaction Receipt |  |
|  | 03/08/2019 07:34:47 |  |
| PACER | libraryus4502:2653874:0 | Client Code: |

| Login: | | | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:16-cr-00708-W |
| Billable Pages: | 5 | Cost: | 0.50 |