UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00175(1)-OLG |
| | § | |
| (1) JOSE HERNANDEZ | § | |

# ORDER SETTING HEARING ON MOTION TO REVOKE SUPERVISED RELEASE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION TO REVOKE SUPERVISED RELEASE** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, November 21, 2019 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 31st day of October, 2019.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE