UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00175(1)-OLG |
| | § | |
| (1) JOSE HERNANDEZ | § | |

## ORDER CANCELLING HEARING ON MOTION TO REVOKE SUPERVISED RELEASE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **HEARING ON MOTION TO REVOKE SUPERVISED RELEASE on Thursday, November 21, 2019 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 18th day of November, 2019.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

***(Defendant has a related case SA-19-CR-797(1)-FB.)***