FILED
December 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case No. SA-19-CR-00175(01)-OLG |
| JOSE HERNANDEZ | § § § | |

ORDER REVOKING SUPERVISED RELEASE
AND RESENTENCING THE DEFENDANT

On the 15th day of December 2022 came on to be considered the United States' motion to revoke the defendant's supervised release *[doc. #4]*.  After due hearing, including consideration of all statutorily-required factors and revocation policy statements, the Court finds that the defendant has violated conditions of his supervised release as alleged by the United States, and that the ends of justice and the best interests of the public will not be served by continuing the defendant on supervised release.  Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

**IT IS ORDERED** by this Court that the United States' motion to revoke the defendant's supervised release *[doc. #4]* should be **GRANTED**.  The term of supervised release imposed on February 13, 2017, is revoked, and set aside

**IT IS THEREFORE THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons to be imprisoned for a term of *time served to run concurrent with the sentence imposed in SA-19-CR-797(1)-OLG with no further supervised release to follow in this case.*

Monetary sanctions imposed in this case that remain unpaid are reimposed, and such sanctions are due and payable immediately.

Signed this  21st  day of December 2022.

                                                        ORLANDO L. GARCIA
                                                        United States District Judge